No. 638. MARCUS G. RIDER, APPELLANT, *v.* BLISS-COOK OAK COMPANY ET AL. Appeal from the United States

Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss or affirm submitted October 9, 1911. Decided October 23, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Louisville & Nashville R. R. Co.* v. *Mottley,* 211 U. S. 149; *Macfadden* v. *United States,* 213 U. S. 288. *Mr. Julian Laughlin* for the appellant. *Mr. John B. Jones* and *Mr. G. B. Rose* for the appellees.

---

No. 639. S. L. MOSER, APPELLANT, *v.* EDWIN S. LAYMAN. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss or affirm submitted October 9, 1911. Decided October 23, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Louisville & Nashville R. R. Co.* v. *Mottley,* 211 U. S. 149; *Macfadden* v. *United States,* 213 U. S. 288. *Mr. Julian Laughlin* for the appellant. *Mr. U. M. Rose, Mr. G. B. Rose, Mr. W. E. Hemingway, Mr. E. H. Adams* and *Mr. J. F. Loughborough* for the appellee.